**Charles F. SADOWSKY, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 03–7050.

United States Court of Appeals,
Federal Circuit.

March 19, 2003.

ON MOTION

*ORDER*

Charles F. Sadowsky moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.